**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IRVING and YOLANDA SANTOS,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION 20-0305-WS-MU** |
| ) | |
| **MICHELIN NORTH AMERICA, INC.,** ) | |
| **SAM'S EAST, INC., and SAM'S** ) | |
| **WEST, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

On May 25, 2021, mediator Michael E. Upchurch filed a Report of Mediator (doc. 49), reflecting that the parties reached an agreement to settle the case at a mediation session conducted that day.  In light of this development, it is **ORDERED** that this action be **DISMISSED** from the active docket of the Court, **with prejudice**, provided that any party may move to reinstate the action within **30 days** after the date of entry of this Order if the settlement agreement or other appropriate settlement documentation is not consummated.

No other order shall be forthcoming from the Court except upon application by any party for final judgment, as prescribed by Rule 58, Federal Rules of Civil Procedure.

Each party is to bear his, her or its own costs, unless otherwise agreed by the parties.

DONE and ORDERED this 27th day of May, 2021.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE